IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Melinda Cribb,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James Boone and Triangle Brick Company, Inc.<br><br>　　　　Defendants. | Case No.: 3:23-cv-00742-JDA<br><br>**DEFENDANTS' EXPERT IDENTIFICATION** |

Pursuant to Fed. R. Civ. P. 26(a)(2) and Paragraph 1 of the Fourth Amended Scheduling Order, ECF No. 32, Defendants James Boone and Triangle Brick Company, Inc. ("Defendants") identify the following expert witnesses who are expected to testify at trial:

**A. Retained Experts**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Defendants disclose the following retained experts:

1. David B. Fulton, MD
   104 Saluda Pointe Drive
   Lexington, SC 29072

2. James P. Lawrence, MD, MBA, FAOA, FAAOS
   96 Jonathan Lucas Street
   Charleston, SC 29403

3. Keith Diaz
   3 Queens Road
   East Brunswick, NJ 08816

4. Hanada Cox, CPC
   Elevate Services, Inc.
   2375 E. Camelback Rd. Suite 690
   Phoenix, AZ 85016
   (213) 347-0203

1

Undersigned counsel hereby certifies that a written report prepared and signed by each of the foregoing experts, except Dr. James P. Lawrence, including all information required by Fed. R. Civ. P. 26(a)(2)(B), was served upon the Plaintiff on June 10, 2024. Upon agreement with opposing counsel, all information required by Fed. R. Civ. P. 26(a)(2)(B) for Dr. James P. Lawrence will be served upon Plaintiff by June 18, 2024.

B. **Non-Retained Experts**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Defendants also identify the following non-retained expert witnesses—from whom no written report is required—and reserves the right to elicit at trial both fact witness and expert opinion testimony regarding their knowledge of certain matters as set forth below:

1. Any retained and/or non-retained expert named by any other party.

2. Any treating physician who saw Plaintiff prior to or after the subject accident.

Defendants reserve the right to call any retained and/or non-retained expert named by any other party to testify at trial.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Richard McLawhorn, Jr.
Richard McLawhorn, Jr. Fed. I.D. No. 11441
Adam Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
(803) 256-9177 (fax)
rem@swblaw.com
amc@swblaw.com
**ATTORNEYS FOR THE DEFENDANTS**